| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>Eyton Sanders<br>14393 Washington Blvd<br>University Heights, OH 44118<br><br>ASSET FORFEITURE | A. Signature<br>X [signature]  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  HERB TAYLOR<br>C. Date of Delivery  3-28-13<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number (Transfer from service label): 7009 1680 0001 8448 3177

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>4:13CV00502 CAS   **FILED** |
| DEFENDANT<br>$88,267.00 U.S. Currency | TYPE OF PROCESS<br>Complaint & Notice   APR - 4 2013 |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Eyton Sanders

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)

14393 Washington Boulevard, University Heights, OH 44118-4676

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Attn: Milton C. McDaniel; Asset Forfeiture Unit
Office of the United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

13-DEA-574283

| Signature of Attorney or other Originator requesting service on behalf of :<br>/s/ Julia M. Wright | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>314/539-7740 | DATE<br>March 22, 2013 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process<br>No. 1 | District of Origin<br>No. 44 | District to Serve<br>No. 44 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/22/2013 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

| Name and title of individual served (*If not shown above*). | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (*complete only if different than shown above*) | | Date of Service   Time   am / pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>$55.00 | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges<br>$55.00 | Advance Deposits | Amount Owed to US Marshal or<br>$55.00 | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

* 03/22/2013 Mailed Certified, Cert No: 7009 1680 0001 8448 3177

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☒ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT