RECEIVED
MAY 0 6 2013
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>Plaintiff, )<br>  )<br>  )<br>V. )<br>EIGHTY-EIGHT THOUSAND, TWO HUNDRED )<br>SIXTY-SEVEN DOLLARS ($88,267.00) U.S. CURRENCY, )<br>  )<br>Defendant. ) | Case No. 4:13CV00502 CAS |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, ___Ronald N. Richards___, move to be admitted pro hac vice to the bar of this court for the purpose of representing ___Eyton Senders___ in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
Ronald Neil Richards

(b) Address, telephone number and fax number of the movant-attorney;
P.O. Box 11480, Beverly Hills, CA  310-556-1001, 310-277-3325

(c) Name of the firm or letterhead under which the movant practices;
Law Offices of Ronald Richards of Associates, APC

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
University of La Verne College of Law, 1-31-1995

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
STATE BAR OF CALIFORNIA, 6-1-95, SBN 176246, See attach

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

#4644035524

COURTS TO WHERE APPLICANT HAS BEEN ADMITTED

District of Colorado, August 2003, 176246

11 Circuit Court of Appeals, December 2004, 176246

2nd Circuit Court of Appeals, April 2011, 176246

United States Supreme Court, October 2010, 176246

9th Circuit Court of Appeal, December 11, 1996

Eastern District of Michigan, May 12, 2003

Central/Southern/Northern/Districts of CA, 6-95 to 6-99.

