UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13CV00502 CAS |
| ) | |
| EIGHTY-EIGHT THOUSAND, TWO ) | |
| HUNDRED SIXTY-SEVEN DOLLARS ) | |
| ($88,267.00) U.S. CURRENCY, ) | |
| | |
| Defendant. | |

## CONSENT MOTION FOR ENTRY OF ORDER OF FORFEITURE

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Julia M. Wright, Assistant United States Attorney for said district, and, with the consent of the only claimant in this matter, Eyton Senders, moves this Court to enter the attached Order, the entry of which has been agreed to by the parties in a fully executed settlement agreement.

Dated: May 30, 2013

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 */s/ Julia M. Wright*
JULIA M. WRIGHT, #38928MO
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:  (314) 539-2200

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 30, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

    */s/ Julia M. Wright*
JULIA M. WRIGHT, #38928MO
Assistant United States Attorney