**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>     )<br>     Plaintiff,   )<br>     )<br>  v.   )<br>     )<br> EIGHTY-EIGHT THOUSAND, TWO   )<br> HUNDRED SIXTY-SEVEN DOLLARS   )<br> ($88,267.00) U.S. CURRENCY,   )<br>     )<br>     Defendant.   ) | No. 4:13-CV-502 CAS |

**FINAL JUDGMENT AND ORDER**

This matter is before the Court on the Consent Motion for Entry of Order of Forfeiture filed by the United States of America.

**WHEREAS**, all potential claimants have been given notice of this proceeding in accordance with the requirements of Supplemental Rule G of the Federal Rules of Civil Procedure, and the time for filing claims has expired;

**AND WHEREAS** a settlement agreement has been reached between the United States and Claimant Eyton Senders, who is the only claimant joined in this proceeding;

**AND WHEREAS**, pursuant to that agreement, the parties have agreed to the entry of a final judgment and order of forfeiture as set forth below;

Accordingly,

**IT IS HEREBY ORDERED** that the Consent Motion for Entry of Order of Forfeiture is **GRANTED**.  [Doc. 10]

**IT IS FURTHER ORDERED** that a portion of the defendant currency in the amount of Thirty-Eight Thousand, Two Hundred Sixty-Seven Dollars ($38,267.00) shall be forfeited to the United States of America to be disposed of according to law.

**IT IS FURTHER ORDERED** that a portion of the defendant currency in the amount of Fifty Thousand Dollars ($50,000.00), less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect pursuant to the Debt Collection Improvement Act of 1966, Title 31, United States Code, Section 3716 and other programs such as the Treasury Offset Program, shall be returned to the Claimant, Eyton Senders, by and through his attorney, Ronald Richards.

For purposes of determining an offset pursuant to 31 U.S.C. §3716, thirty-five percent (35%) of the $50,000.00 returned amount ($17,500.00) shall be deemed to constitute attorney fees belonging to Claimant's attorney of record in this case, Ronald N. Richards, Esq., while the remaining sixty-five percent (65%) of the $50,000.00 ($32,500.00) returned amount shall be deemed to belong to the Claimant.

**IT IS FURTHER ORDERED** that each party shall bear its own costs incurred in this action.

**IT IS SO ORDERED**,

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   30th   day of May, 2013.