| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>4:11CV00502 CAS |
|---|---|
| DEFENDANT<br>$88,267.00 U.S. Currency | TYPE OF PROCESS<br>FINAL JUDGMENT & ORDER |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ronald N. Richards, Esq.

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
P.O. Box 11480, Beverly Hills, CA 90213

FILED
JUL 1-1 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Asset Forfeiture Unit: Attn: Milton McDaniel
Office of the United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

13-DEA-574283    DISPOSE ACCORDING TO LAW per Settlement Agreement - $50,000 should be returned to claimant Eyton Senders, by and through his attorney Ronald N. Richards (310) 556-1001 - P.O. Box 11480, Beverly Hills, CA 90213. Per Order for purposes of determining an offset pursuant to 31 U.S.C. 3716, 35% of the $50,000 ($17,500) shall be deemed to constitute attorney's fees belonging to Claimant's attorney of record in this case, Ronald N. Richards, Esq., while the remaining 65% of the $50,000 ($32,500) returned amount shall be deemed to belong to the claimant. The remaining $38,267.00 is forfeited to the Government.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
/s/ Julia M. Wright

TELEPHONE NUMBER: 314/539-7740
DATE: May 31, 2013

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 44 | District to Serve No. 44 | Signature of Authorized USMS Deputy or Clerk | Date 6/3/13 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service *  Time  am/pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$55.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>$55.00 | Advance Deposits | Amount Owed to U.S. Marshal or<br>$55.00 | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:  *PER FINAL JUDGMENT AND ORDER

A partial return of funds in the amount of $17,500.00 was released to Ronald Richards, Attorney and $32,500.00 was released to Eyton Senders on June 21, 2013.
EQS and file closure pending.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☑ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT